**Fill in this information to identify your case:**

Debtor 1: **James Michael Jenkins**
First Name / Middle Name / Last Name

Debtor 2: **Susan Dawn Jenkins**
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Southern District of Ohio

Case number _____
(If known)

Check if this is:

☑ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.
   ☑ Yes. **Does Debtor 2 live in a separate household?**

   ☑ No
   ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**   ☑ No
   Do not list Debtor 1 and Debtor 2.   ☐ Yes. Fill out this information for each dependent.........................
   Do not state the dependents' names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | _____ | _____ | ☐ No / ☐ Yes |
   | _____ | _____ | ☐ No / ☐ Yes |
   | _____ | _____ | ☐ No / ☐ Yes |
   | _____ | _____ | ☐ No / ☐ Yes |
   | _____ | _____ | ☐ No / ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ☑ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. $ **0.00**

   If not included in line 4:

   4a. Real estate taxes    4a. $ **0.00**
   4b. Property, homeowner's, or renter's insurance    4b. $ **0.00**
   4c. Home maintenance, repair, and upkeep expenses    4c. $ **45.00**
   4d. Homeowner's association or condominium dues    4d. $ **0.00**

Debtor 1     **James Michael Jenkins**
             First Name   Middle Name   Last Name

Case number (*if known*)_____

|  |  | Your expenses |
|---|---|---|
| 5. | **Additional mortgage payments for your residence**, such as home equity loans    5. | $ 0.00 |
| 6. | **Utilities:** | |
| 6a. | Electricity, heat, natural gas    6a. | $ 105.00 |
| 6b. | Water, sewer, garbage collection    6b. | $ 95.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services    6c. | $ 75.43 |
| 6d. | Other. Specify: **Natural Gas**    6d. | $ 150.00 |
| 7. | **Food and housekeeping supplies**    7. | $ 500.00 |
| 8. | **Childcare and children's education costs**    8. | $ 0.00 |
| 9. | **Clothing, laundry, and dry cleaning**    9. | $ 50.00 |
| 10. | **Personal care products and services**    10. | $ 20.00 |
| 11. | **Medical and dental expenses**    11. | $ 25.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments.    12. | $ 150.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books**    13. | $ 0.00 |
| 14. | **Charitable contributions and religious donations**    14. | $ 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| 15a. | Life insurance    15a. | $ 0.00 |
| 15b. | Health insurance    15b. | $ 0.00 |
| 15c. | Vehicle insurance    15c. | $ 120.00 |
| 15d. | Other insurance. Specify:_____    15d. | $ 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: **Self-Employment Taxes For 1099 Employment (Mr. And**    16. | $ 125.00 |
| 17. | **Installment or lease payments:** | |
| 17a. | Car payments for Vehicle 1    17a. | $ 0.00 |
| 17b. | Car payments for Vehicle 2    17b. | $ 0.00 |
| 17c. | Other. Specify:_____    17c. | $ 0.00 |
| 17d. | Other. Specify:_____    17d. | $ 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 6I).**    18. | $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify:_____    19. | $ 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | |
| 20a. | Mortgages on other property    20a. | $ 0.00 |
| 20b. | Real estate taxes    20b. | $ 0.00 |
| 20c. | Property, homeowner's, or renter's insurance    20c. | $ 0.00 |
| 20d. | Maintenance, repair, and upkeep expenses    20d. | $ 0.00 |
| 20e. | Homeowner's association or condominium dues    20e. | $ 0.00 |

Official Form 6J                          **Schedule J: Your Expenses**                          page **2**

Debtor 1  **James Michael Jenkins**
          First Name   Middle Name   Last Name

Case number (*if known*) _____

21. **Other**. Specify: _____   21.  +$ _____0.00_____

22. **Your monthly expenses.** Add lines 4 through 21.
    The result is your monthly expenses.                              22.  $ ___1,460.43___

23. **Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.   23a.  $ ___4,010.43___

    23b. Copy your monthly expenses from line 22 above.                    23b.  − $ ___1,460.43___

    23c. Subtract your monthly expenses from your monthly income.
         The result is your *monthly net income*.                          23c.  $ ___2,550.00___

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☒ No.
    ☐ Yes.  **None**

IN RE **Jenkins, James Michael & Susan Dawn** _____ Case No. _____
                    Debtor(s)                                                  (If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**41**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **May 13, 2015**        Signature: **/s/ James Michael Jenkins**
                                         **James Michael Jenkins**
                                                                                        Debtor

Date: **May 13, 2015**        Signature: **/s/ Susan Dawn Jenkins**
                                         **Susan Dawn Jenkins**
                                                                            (Joint Debtor, if any)
                                                        [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer                                                Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____        Signature: _____

                                                _____
                                                (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only